FIRST NAT. BANK OF DENVER v. SIMPSON. (Circuit Court of Appeals, Eighth Circuit. March 8, 1902.) No. 26. Petition for Leave to File Certain Pleas in the Circuit Court of the United States for the District of Colorado. A. Moore Berry and Tyson S. Dines, for petitioner. T. J. O'Donnell, for respondent. Denied, and petition dismissed, at the costs of petitioner.

---

FORSYTHE v. UNITED STATES ex rel. ISPARHECHER. (Circuit Court of Appeals, Eighth Circuit. May 27, 1902.) No. 1,702. In Error to the Court of Appeals of the United States in the Indian Territory. N. B. Maxey, for plaintiff in error. Dismissed, at costs of plaintiff in error, pursuant to stipulation of the parties. Attorney fee waived.

---

FOWLER et al. v. CITY OF KINGMAN. (Circuit Court of Appeals, Eighth Circuit. May 28, 1902.) No. 1,704. Appeal from the Circuit Court of the United States for the District of Kansas. C. H. Nearing, for appellants. S. S. Ashbaugh and George L. Hay, for appellee. Dismissed, with costs, on motion of appellants.

---

GLASS v. MASONS' FRATERNAL ACCIDENT ASS'N OF AMERICA. (Circuit Court of Appeals, Eighth Circuit. June 10, 1902.) No. 1,723. In Error to the Circuit Court of the United States for the Northern District of Iowa. H. T. Reed and C. W. Reed, for plaintiff in error. Dismissed, pursuant to stipulation, without costs to the defendant in error. See (C. C.) 112 Fed. 495.

---

HASTINGS LUMBER CO. v. CRYON. (Circuit Court of Appeals, First Circuit. July 11, 1902.) No. 396. In Error to the Circuit Court of the United States for the District of New Hampshire. R. N. Chamberlin, for plaintiff in error. Crawford & Hening, for defendant in error.

PER CURIAM. The judgment of the circuit court is reversed by stipulation, the verdict set aside, and the case is remanded to that court for further proceedings in accordance with law, and the plaintiff in error recovers costs of appeal.

---

THE J. D. PETERS. HOO KIN et al. v. CALIFORNIA NAV. & IMP. CO. et al. (Circuit Court of Appeals, Ninth Circuit. May 21, 1902.) No. 775. Campbell, Metson & Campbell, for appellants. Appeal dismissed, upon motion of counsel for the appellants.

---

LANDIS v. LAMAR et al. (Circuit Court of Appeals, Eighth Circuit. March 12, 1902.) No. 1,730. Appeal from the District Court of the United States for the Western District of Missouri. Thomas J. Porter and George W. Groves, for appellant. James W. Boyd, for appellees. Appeal docketed and dismissed, with costs, on motion of appellees, pursuant to rule 16.